**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

NOV 02 2026

FILED

| | | |
|---|---|---|
| CSRA FLEETCARE INC. doing business as Matthew Motors, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 126-238 |
| | * | |
| ALLIED WORLD SPECIALTY INSURANCE COMPANY, a foreign corporation, | * | |
| | * | |
| Defendant. | * | |

**O R D E R**

Plaintiff's counsel has not made an appearance after removal despite notice from the Clerk of Court on October 16, 2026, of the requirement to do so by the deadline of fourteen days after issuance of the notice. (See doc. 2.) Accordingly, the Court **ORDERS** the Plaintiff to file a notice of appearance or a notice identifying any substitute counsel within **SEVEN DAYS** of the entry of this Order. The Court **DIRECTS** the **CLERK** to serve this Order on Plaintiff's counsel by email and U.S. Mail.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of November, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA